IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SALVADOR CUELLAR-RAMIREZ, )
)
    Plaintiff, )
)
vs. ) Case No. 14-cv-00599-JPG-SCW
)
THOMAS N. FLEMING, *et al*., )
)
    Defendants. )

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,   IT IS HEREBY **ORDERED AND ADJUDGED** that the Claims against defendants **Thomas N. Fleming, Dr. Kruse, and the United States of America** for deliberate indifference to Plaintiff's medical needs in violation of the 14th Amendment are dismissed without prejudice.  Defendants Fleming and Kruse are **DISMISSED** without prejudice and defendant Untied States of America is **DISMISSED** with prejudice.

IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **Thomas N. Fleming, Dr. Kruse, and the United States of America** and against plaintiff **Salvador Cuellar-Ramirez** on his claims for violations of the 14th Amendment.

**DATED:**  7/28/2016            **Justine Flanagan**
                                                 **Acting Clerk of Court**

                                                 *s/Tina Gray*__, Deputy Clerk__

**Approved:**  *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**